UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| **BRENDA KATE STEWART-HARREL** | : | **CASE NO.: A10-77244-WLH** |
| | : | |
| **DEBTOR** | : | |
| | : | **CHAPTER 13** |
| **NANCY J. WHALEY, TRUSTEE** | : | |
| **MOVANT** | : | **JUDGE HAGENAU** |
| **Vs.** | : | |
| **BRENDA KATE STEWART-HARREL** | : | |
| **RESPONDENT** | : | **CONTESTED MATTER** |

### CHAPTER 13 TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING THE EXAMINATION OF AND REQUIRING THE PRODUCTION OF DOCUMENTS BY DEBTOR PURSUANT TO FED.R.BANKR.P.2004 AND 9016

COMES NOW Nancy J. Whaley, Chapter 13 Trustee by and through undersigned counsel, hereby moves, pursuant to Fed.R.Bankr.P. 2004, Fed.R.Bank. 9016 and Local Rule 2004-1 for the entry of an order:

(a)  Compelling Debtor to produce and permit inspection and copying of those documents identified in Exhibit A attached hereto at the date, time and location listed below; and

(a)  Compelling Debtor to appear for an examination to be recorded verbatim by stenographic means and to give testimony under oath regarding any and all matters regarding the Debtor's Chapter 13 case and to answer any and all questions regarding the documents identified in Exhibit A respectively, at the time and place notified below.

**PRODUCTION OF DOCUMENTS:**
Date:       March 10, 2011
Time:       No later than 4:00 p.m.
Place:      Office of the Chapter 13 Trustee
            303 Peachtree Center Ave., NE
            Suite 120
            Atlanta, GA 30303
            (678) 992-1201

**APPEARANCE OF EXAMINATION:**

Date:           March 17, 2011
Time:           2:30 p.m.
Place:          Office of the Chapter 13 Trustee
                303 Peachtree Center Ave., NE
                Suite 120
                Atlanta, GA 30303
                (678) 992-1201

                                    1.

        The Debtor filed her Voluntary Petition on June 11, 2010.  The Confirmation of Debtor's
plan came before the Court on November 3, 2010. At that hearing, the Court requested briefs from
the Chapter 13 Trustee and Debtor regarding Trustee's Objections to Confirmation regarding
whether the plan complies with 11 U.S.C. sections 1325(b)(1) and 1325(a)(3).  On January 25,
2011, the Court entered an Order overruling the Trustee's objection to confirmation with regards to
11 U.S.C. section 1325(b)(1); however, the Court needs evidence in order to make a ruling on
whether the plan was proposed in good faith pursuant to 11 U.S.C. section 1325(a)(3).
                                    2.

        Federal Rule of Bankruptcy Procedure 2004("Rule 2004") provides, in pertinent part, that
upon motion of any party in interest, the Court may order the examination of an entity. The Rule
further provides that the examination may relate to the "acts, conduct, or property", or to the
liabilities and financial condition of the Debtor, or to any matter which may affect the
administration of the Debtor's Estate, or the Debtor's right to a discharge".

        Wherefore, the Chapter 13 Trustee respectfully requests that the Court issue an Order:

        A.              Compelling Debtor to produce the documents described in Exhibit A at the
                        date, time and location listed above;

        B.              Compelling Debtor to appear for an examination at the date, time and
                        location set forth herein, to answer any and all questions regarding the
                         Debtor's Chapter 13 case and the documents described in Exhibit A; and

        C.              Granting such other and further relief as this Court deems just and proper:

                                    NANCY J. WHALEY
                                    CHAPTER 13 TRUSTEE

                                    By: /s/ Nancy J. Whaley
                                    Nancy J. Whaley, Chapter 13 Trustee
                                    GA Bar No. 377941
                                    303 Peachtree Center Ave., NE, Suite 120
                                    Atlanta, GA  30303
                                    (678) 992-1209
                                    nwhaley@njwtrustee.com
                            **CERTIFICATE OF SERVICE**

The undersigned, Nancy J. Whaley, certifies that the foregoing **MOTION FOR ENTRY OF ORDER AUTHORIZING THE EXAMINATION OF AND REQUIRING THE PRODUCTION OF DOCUMENTS BY DEBTOR PURSUANT TO FED.R.BANKR.P.2004 AND 9016** has this day been served upon the parties listed below either by mailing a copy of the same through the United States Mail bearing sufficient postage thereon, or by electronic service to those parties that are entitled to receive such service in this case through the electronic filing system of this Court.

Brenda Kate Stewart-Harrel
80 Montgomery Court
Covington, GA 30016

Robert Semrad & Associates LLC
Suite 3600
101 Marietta Street NW
Atlanta, GA 30303

Nancy J. Whaley,
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

On this 22nd day of February, 2011

NANCY J. WHALEY
CHAPTER 13 TRUSTEE

By: /s/ Nancy J. Whaley
Nancy J. Whaley
Chapter 13 Trustee
GA Bar No. 377941
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1209
nwhaley@njwtrustee.com

## <u>'EXHIBIT A"</u>

**RQUEST FOR PRODUCTION OF DOCUMENTS**

### <u>REQUESTS</u>

1.  Any and all documents relating to income and wages received by the Debtor since filing this bankruptcy petition including pay advices for Newton County School System for the period between June 2010 and January 2011;

2.  Any and all monthly statements for the months June 2010- January 2011 for any and all bank accounts owned by the Debtor;

3.  Debtor's 2010 federal and state income tax return;

4.  Any and all documents supporting proof of Debtor's monthly expenses for the time period of June 2010- February 2011 such as receipts, cancelled checks or money orders.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                    :
**BRENDA KATE STEWART-HARREL**           :        **CASE NO.: A10-77244-WLH**
                                          :
____**DEBTOR**____                       :
                                          :        **CHAPTER 13**
**NANCY J. WHALEY, TRUSTEE**             :
        **MOVANT**                        :        **JUDGE HAGENAU**
Vs.                                       :
**BRENDA KATE STEWART-HARREL**           :
        ____**RESPONDENT**____           :        **CONTESTED MATTER**

## CERTIFICATE OF SERVICE

        The undersigned, Nancy J. Whaley, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served copies of the foregoing **MOTION FOR ENTRY OF ORDER AUTHORIZING THE EXAMINATION OF AND REQUIRING THE PRODUCTION OF DOCUMENTS BY DEBTOR PURSUANT TO FED.R.BANKR.P.2004 AND 9016** on the following by depositing same in the United States Mail in properly addressed envelopes with adequate postage to:

Brenda Kate Stewart-Harrel
80 Montgomery Court
Covington, GA 30016

Robert Semrad & Associates LLC
Suite 3600
101 Marietta Street NW
Atlanta, GA 30303

Nancy J. Whaley,
Chapter13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

On this 22nd day of February, 2011

NANCY J. WHALEY
CHAPTER 13 TRUSTEE

By: /s/ Nancy J. Whaley
Nancy J. Whaley
Chapter 13 Trustee
GA Bar No. 377941
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1209
nwhaley@njwtrustee.com