**IT IS ORDERED as set forth below:**

Date: August 11, 2011

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: BRENDA KATE STEWART-HARREL   { CHAPTER 13
                                    {
                                    { CASE NO.: A10-77244- WLH
    DEBTOR.                         {
                                    { JUDGE HAGENAU

### ORDER RESOLVING TRUSTEE'S MOTION REQUESTING AN ORDER FROM THE COURT TO SHOW CAUSE WHY ROBERT J. SEMRAD AND ASSOCIATES, LLC SHOULD NOT BE SANCTIONED

The above styled matter came before the Court on June 8, 2011. The parties present were Nancy J. Whaley, Standing Chapter 13 Trustee, Frank Nason and Craig Black on behalf of Robert J. Semrad and Associates, LLC. The Court heard the initial matter and the matter was continued to a future date by agreement of the parties. The parties have reached a settlement that will resolve said matter.

**IT IS HEREBY ORDERED** that Robert J. Semrad and Associates, LLC, shall pay into the case of Ms. Brenda Stewart-Harrell $4300.00 within thirty days of the entry of this Order. The Trustee shall disburse the funds in accordance with the confirmed plan.

The Clerk of the Court shall serve a copy of this Order to the Debtor, Debtor's attorney, Counsel for Debtor's attorney and the Chapter 13 Trustee.

**END OF DOCUMENT**

Presented By:
__/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
GA Bar No. 377941
303 Peachtree Center Avenue,
Suite 120
Atlanta, GA 30303
(678) 992-1201

Consented by:
____/s/_____
G. Frank Nason, IV
Counsel for Robert J. Semrad & Associates
GA Bar No.535160
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
3343 Peachtree Road, NE
Suite 550
Atlanta, Georgia 30326
(404) 262-7373 (main)

## **DISTRIBUTION LIST**

Debtor:
Brenda Kate Stewart-Harrel
80 Montgomery Court
Covington, GA 30016

Attorney for the Debtor:
Robert J. Semrad & Associates
101 Marietta Street, Suite 3600
Atlanta, GA 30303

Craig Black, Esq.
Robert J. Semrad & Associates
101 Marietta Street, Suite 3600
Atlanta, GA 30303

G. Frank Nason, IV
Counsel for Robert J. Semrad & Associates
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
3343 Peachtree Road, NE,
Suite 550
Atlanta, Georgia 30326

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA  30303