UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BRENDA KATE | ) | CASE NUMBER A10-77244-WLH |
| STEWART-HARREL | ) | WENDY L. HAGENAU |
| | ) | |
| DEBTOR | | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 4/3/2012 the Trustee received a total of $26,041.00. The Trustee's records indicate the amount delinquent is $6,480.00. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 6th day of April, 2012.

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## EXHIBIT  "A"

CASE  NO:    A10-77244-WLH                                              04/03/2012
BRENDA KATE STEWART-HARREL

### RECEIPT  HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| March 07, 2012 | M.O. | 14460754353 | $731.00 |
| February 08, 2012 | M.O. | 14460753772 | $731.00 |
| January 10, 2012 | M.O. | 14448563323 | $731.00 |
| December 07, 2011 | M.O. | 14411827646 | $731.00 |
| November 07, 2011 | PCH | 14402522501 | $731.00 |
| October 12, 2011 | M.O. | 14380955644 | $731.00 |
| September 14, 2011 | DPFA | 405235 | $4,300.00 |
| September 06, 2011 | EMPC | 114850 | $1,157.00 |
| August 02, 2011 | EMPC | 114322 | $1,157.00 |
| July 12, 2011 | EMPC | 113880 | $1,157.00 |
| June 02, 2011 | EMPC | 113267 | $1,157.00 |
| May 09, 2011 | EMPC | 112598 | $1,157.00 |
| April 07, 2011 | EMPC | 111932 | $1,157.00 |
| | | **Receipt Total:** | **$15,628.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BRENDA KATE | ) | CASE NUMBER A10-77244-WLH |
| STEWART-HARREL | ) | WENDY L. HAGENAU |
| | ) | |
| DEBTOR | | |

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **May 02, 2012** at **1:45 pm in Room 1403, Richard Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case.  You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 6th day of April, 2012.


/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

# CERTIFICATE OF SERVICE

Case No: A10-77244-WLH

This is to certify that I have this day served:

BRENDA KATE STEWART-HARREL
80 MONTGOMERY COURT
COVINGTON, GA  30016


ROBERT J. SEMRAD & ASSOCIATES,  ATTORNEY
101 MARIETTA STREET
36TH FLOOR
SUITE 3600

In the foregoing matter with a copy of the Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.


This the 6th day of April, 2012.



/s/_____
   Nancy J. Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201