IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| BRENDA KATE STEWART-HARREL, | CASE NO. 10-77244-WLH |
| DEBTOR(S) | JUDGE HAGENAU |

### AMENDED POST-CONFIRMATION MODIFICATION OF PLAN AND REQUEST FOR ITS APPROVAL

COMES NOW Debtor, Brenda Stewart-Harrel, by and through undersigned counsel, and moves this Honorable Court for the entry of an order modifying the Chapter 13 Plan post-confirmation. In support thereof the Debtor states as follows:

1.

Debtor filed a Voluntary Petition for Bankruptcy Relief under Title 11, Chapter 13 of the United States Code on June 11, 2010.

2.

The Plan was confirmed on June 8, 2011.

3.

Debtor hereby amends Paragraphs 2 and 7 of the Chapter 13 Plan as follows:

2. **Plan Payments and Length of Plan**. Debtor will pay the sum of  **$731.00, retroactive to October 2011  $1,484.00 1,157.00   Monthly**   to Trustee by ☒ Payroll Deduction(s) or by ☐ Direct Payment(s) for the applicable commitment period of  **60**  months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

7. **Unsecured Claims**. Debtor estimates that the total of general unsecured debt not separately classified in Plan paragraph 10 is $  **21,761.95  23,941.16**  . After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claims a pro rate share of $ **49,262.40 15,900.00  23,941.16**   or   **100.0**  %, whichever is greater. Trustee is authorized to increase this dollar amount or percentage, if necessary, in order to comply with the applicable commitment period stated in paragraph 2 of this Plan.

| | | |
|---|---|---|
| Date  **February 22, 2012** | Signature | **/s/ Brenda Stewart-Harrel** |
| | | **Brenda Stewart-Harrel** |
| | | Debtor |
| Attorney  **/s/ John Forbes** | | |
| **John Forbes 940431** | | |

Respectfully submitted,

This May 11, 2012:

<u>Jonathan Proctor /s/</u>
Jonathan Proctor
GA Bar No. 890603
Robert J. Semrad & Associates
Suite 3600
101 Marietta St.
Atlanta, GA 30303
404-381-8635

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                   CHAPTER 13

BRENDA KATE STEWART-HARREL,           CASE NO. 10-77244-WLH

          DEBTOR(S)                              JUDGE HAGENAU

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within amended schedules upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Brenda Kate Stewart-Harrell**
80 Montgomery Court
Covington, GA 30016

(See attached creditor matrix for additional parties to be served)

I further certify that, by agreement of parties, NANCY J. WHALEY, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

This May 11, 2012:

                                                        Jonathan Proctor /s/
                                                        Jonathan Proctor
                                                        GA Bar No. 890603
                                                        Robert J. Semrad & Associates
                                                        Suite 3600
                                                        101 Marietta St.
                                                        Atlanta, GA 30303
                                                        404-381-8635