UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BRENDA KATE | ) | CASE NUMBER A10-77244-WLH |
| STEWART-HARREL | ) | WENDY L. HAGENAU |
| | ) | |
| DEBTOR | | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 9/17/2012 the Trustee received a total of $29,696.00. The Trustee's records indicate the amount delinquent is $2,693.00. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 21st day of September, 2012.

/s/_____
Rebecca Pascarell
Attorney for the Chapter 13 Trustee
State Bar No. 185720
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## EXHIBIT "A"

CASE NO:   A10-77244-WLH                                                                09/17/2012
BRENDA KATE STEWART-HARREL

### RECEIPT HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| August 07, 2012 | M.O. | 14539358269 | $731.00 |
| July 11, 2012 | M.O. | 14521381096 | $731.00 |
| June 05, 2012 | M.O. | 14513702435 | $731.00 |
| May 04, 2012 | M.O. | 14476735129 | $731.00 |
| April 10, 2012 | M.O. | 14413204632 | $731.00 |
| March 07, 2012 | M.O. | 14460754353 | $731.00 |
| February 08, 2012 | M.O. | 14460753772 | $731.00 |
| January 10, 2012 | M.O. | 14448563323 | $731.00 |
| December 07, 2011 | M.O. | 14411827646 | $731.00 |
| November 07, 2011 | PCH | 14402522501 | $731.00 |
| October 12, 2011 | M.O. | 14380955644 | $731.00 |
| | | **Receipt Total:** | **$8,041.00** |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BRENDA KATE | ) | CASE NUMBER A10-77244-WLH |
| STEWART-HARREL | ) | WENDY L. HAGENAU |
| | ) | |
| DEBTOR | | |

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **October 17, 2012** at **1:50 PM in Room 1403, Richard Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 21st day of September, 2012.

/s/_____
  Rebecca Pascarell
  Attorney for the Chapter 13 Trustee
  State Bar No. 185720
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201

# CERTIFICATE OF SERVICE

Case No: A10-77244-WLH

This is to certify that I have this day served:

BRENDA KATE STEWART-HARREL
80 MONTGOMERY COURT
COVINGTON, GA  30016


ROBERT J. SEMRAD & ASSOCIATES,  ATTORNEY
101 MARIETTA STREET
36TH FLOOR / SUITE 3600
ATLANTA, GA  30303

In the foregoing matter with a copy of the Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.


This the 21st day of September, 2012.




/s/_____
    Rebecca Pascarell
    Attorney for the Chapter 13 Trustee
    State Bar No. 185720
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201